UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60187-CIV-UNGARO

MANUEL E. RIVAS,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed February 29, 2008 (D.E. 4).

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(i) this Cause is DISMISSED WITH PREJUDICE.  It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of February, 2008.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record